**EXHIBIT "5"**

𝕶𝖊𝖓𝖞𝖆 𝕷. 𝕻𝖆𝖙𝖙𝖔𝖓 𝕷𝖆𝖜

Union county, city of Blairsville

Georgia state

---

IN THE MATTER OF THE ARBITRATION BETWEEN

| | |
|---|---|
| BRADLEY CHRISTOPHER STARK;<br>SHAWN MICHAEL RIDEOUT, | No. 0:15 CC 00522 A KP |
| *Claimants*, | |
| *and* | Interim Award |
| UNITED STATES OF AMERICA, | 9 U.S.C. § 9<br>D.C. Code § 16-4408(b)(1) |
| *Respondent.* | D.C. Code § 16-4418<br>D.C. Code § 16-4421(c) |
| | **SEALED** |

---

### **INTERIM AWARD OF ARBITRATOR**

  THE UNDERSIGNED ARBITRATOR, having been designated in accordance with Article 6.1 of the arbitration clause in the Stipulation and Settlement Agreement of May 22, 2015 and all addendums thereto entered into between the above-named Parties and having been duly sworn, and having fully heard the proofs and allegations and the testimony and arguments being concluded with respect to Phase 1 of these proceedings, the Arbitrator hereby makes the following Interim Award:

  IT APPEARING THAT Claimants Bradley Christopher Stark; Shawn Michael Rideout and Respondent United States of America consented to the entry of an Opinion, Findings of Fact, Conclusions of Law, and Pre-Award Ruling and this Interim Award of the Arbitrator; and

  WHEREAS, the Arbitrator finds that the Stipulation and Settlement Agreement of May 22, 2015, and all addendums thereto is a valid, lawful and binding agreement that evidences a transaction involving or affecting commerce; and

WHEREAS, the Arbitrator finds that these arbitration proceedings should be bifurcated into separate and distinct phases, specifically addressing equitable remedies and relief in Phase 1, and monetary relief in Phase 2; and

WHEREAS, the Arbitrator finds that the United States of America has waived all of its rights to vacate, modify, appeal, collaterally attack, or circumvent the enforcement of this Interim Award of the Arbitrator; and

WHEREAS, the Arbitrator has issued a PROTECTIVE ORDER as to the papers, pleadings, evidence and testimony, and further ORDERED that these arbitration proceedings are to be SEALED and UNPUBLISHED in the interest of justice; and

For the reasons stated in the accompanying Opinion, Findings of Fact, Conclusions of Law, and Pre-Award Ruling, it is hereby

ORDERED, ADJUDGED, and DECREED that Claimants request for provisional remedies in the nature of equitable relief for specific performance is GRANTED; and it is

FURTHER ORDERED that the admissions of the United States are accepted and entered into the record of these proceedings and are conclusive evidence as to the matters admitted; and it is

FURTHER ORDERED that the stipulations of the Parties are accepted and entered into the record of these proceedings as agreed facts and are conclusive evidence as to the matters stipulated; and it is

FURTHER ORDERED that Bradley Christopher Stark; Shawn Michael Rideout; Jason Carl Thomas; Balldev Naidu Ragavan; Hendrick Ezell Tunstall; Charles Elliot Hill, II; William Scott Hames; John Scot Snuggs; Bryan Samuel Coffman; Joseph Anthony DiBruno, Jr.; Charles David Johnson, Jr.; Lulummba Clay Travis; Jerry Garwood Mitchell; Shane Reed Wilson; William Michael Cain; and Jason Wesley Tate, are to be unconditionally released and set at liberty by the Attorney General of the United States immediately and without delay upon receipt of this Interim Award; and it is

FURTHER ORDERED that in the interests of justice, the following cases, dockets, pleadings, papers, in their entirety and the matters related thereto, will be and are transferred to the United States District Court for the Northern District of Georgia, Atlanta Division, from:

The United States District Court for the Northern District of Texas:

  a.  *United States of America v. Bradley C Stark*, No. 3:08-cr-00258-M-1;

  b.  *United States of America v. Hendrick Ezell Tunstall*, No. 4:00-cr-00260-Y-38;

  c.  *United States of America v. Jerry Garwood Mitchell*, No. 3:11-cr-00250-M-16;

    d.    *United States of America v. Shane Reed Wilson*, No. 3:11-cr-0243-B-1;

The United States District Court for the Western District of Texas:

    e.    *United States of America v. Jason Wesley Tate*, No. 6:10-cr-00274-WSS-1;

    f.    *United States of America v. Jason Wesley Tate*, No. 6:01-cr-00064-WSS-1;

The United States District Court for the Northern District of Ohio:

    g.    *United States of America v. Shawn Michael Rideout*, No. 1:08-cr-00332-DAP-1;

The United States District Court for the Eastern District of New York:

    h.    *United States of America v. Bradley C Stark*, No. 1:02-cr-01006-ARR-1;

The United States District Court for the Eastern District of Kentucky:

    i.    *United States of America v. Lulummba Clay Travis*, No. 5:97-cr-00112-JMH-EBA-1;

    j.    *United States of America v. Bryan Coffman*, No. 5:09-cr-00181-S-KKC-1;

    k.    *United States of America v. Charles David Johnson, Jr.*, No. 5:06-cr-00184-JBC-1;

The United States District Court for the Eastern District of North Carolina:

    l.    *United States of America v. Jason Carl Thomas*, No. 5:03-cr-00019-BO-1;

The United States District Court for the Western District of North Carolina:

    m.    *United States of America v. Joseph Anthony DiBruno, Jr.*, 3:06-cr-00430-FDW-1;

The United States District Court for the District of Maryland:

    n.    *United States of America v. Balraj Naidu*, No. 1:08-cr-00091-CCB-2;

The United States District Court for the Western District of Oklahoma:

    o.    *United States of America v. William Michael Cain*, No. 1:05-cr-00009-M-1;

The United States District Court for the Middle District of Pennsylvania:

    p.    *United States of America v. John Snuggs*, No. 3:08-cr-00162-RPC-1;

    q.    *United States of America v. John Snuggs*, No. 3:08-cr-00259-RPC-1;

    r.    *United States of America v. John Snuggs*, No. 3:08-cr-00306-RPC-1;

    s.    *United States of America v. John Snuggs*, No. 3:08-cr-00409-RPC-1;

    t.    *United States of America v. John Snuggs*, No. 3:08-cr-00410-RPC-1;

The United States District Court for the Middle District of Florida:

    u.    *United States of America v. Michael Tsalickis*, No. 4:88-cr-00158-T-13-B; and it is

FURTHER ORDERED that the Clerks of the above-named courts will transmit the complete files in the above-named cases to the United States District Court for the Northern District of Georgia; and it is

FURTHER ORDERED that the criminal cases and dockets listed in (a) through (u) above, in the originating and destination courts are to be SEALED and UNPUBLISHED immediately in the interest of justice; and it is

FURTHER ORDERED that the criminal cases on the docket of the United States District Court for the Northern District of Georgia listed below are to be SEALED and UNPUBLISHED in the interest of justice:

    v.    *United States of America v. Charles Elliot Hill, II*, No. 2:13-cr-00051-WCO-JCF-1;

    w.    *United States of America v. William Scott Hames*, No. 2:90-cr-00001-WCO-5;

    x.    *United States of America v. William Scott Hames*, No. 2:89-cr-00203-WCO-1; and it is

FURTHER ORDERED that in the interests of justice, the names of the parties shall be given fictitious names for the protection of all parties to these proceedings and all matters related hereto, in all public records and government records, system of records and files, in whatever manner and however described, and said names shall be designated as provided below:

    i.    from *Bradley Christopher Stark* to *John Doe*;

    ii.    from *Shawn Michael Rideout* to *James Doe*;

    iii.    from *Jason Carl Thomas* to *Peter Doe*;

    iv.    from *Balldev Naidu Ragavan* to *Paul Doe*;

 v.   from *Hendrick Ezell Tunstall* to *Mark Doe*;

 vi.   from *Charles Elliot Hill, II* to *Matt Doe*;

 vii.   from *William Scott Hames* to *John Roe*;

 viii.   from *John Scot Snuggs* to *James Roe*;

 ix.   from *Bryan Samuel Coffman* to *Peter Roe*;

 x.   from *Joseph Anthony DiBruno, Jr.* to *Paul Roe*;

 xi.   from *Charles David Johnson, Jr.* to *Mark Roe*;

 xii.   from *Lulummba Clay Travis* to *John Poe*;

 xiii.   from *Jerry Garwood Mitchell* to *James Poe*;

 xiv.   from *Shane Reed Wilson* to *Peter Poe*;

 xv.   from *William Michael Cain* to *Paul Poe*;

 xvi.   from *Jason Wesley Tate* to *Mark Poe*;

 xvii.   from *Michael Tsalickis* to *Matt Poe*; and it is

FURTHER ORDERED that the criminal JUDGMENTS of conviction and sentences entered by the Courts in the cases listed in (a) through (x) above are SET ASIDE in their entirety and are of no further force and effect; and it is

FURTHER ORDERED that the indictments and informations establishing the criminal causes of action listed in (a) through (x) above are DISMISSED WITH PREJUDICE being VOID *ab initio* for lack of subject matter jurisdiction; and it is

FURTHER ORDERED that the criminal JUDGMENT of conviction and sentence on file at the office of the Clerk of the District Court, Division 9, El Paso County, Colorado, located at 270 South Tejon, Colorado Springs, Colorado, in the case entitled *The People of the State of Colorado v. Bradley Christopher Stark*, No. 2002CR003589 (El Paso Cnty., Col. April 11, 2002), is SET ASIDE and is of no further force and effect; and it is

FURTHER ORDERED that the complaint on file at the office of the Clerk of the District Court, Division 9, El Paso County, Colorado, located at 270 South Tejon, Colorado Springs, Colorado, in the case entitled *The People of the State of Colorado v. Bradley Christopher Stark*, No. 2002CR003589 (El Paso Cnty., Col. 2002), is DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that the criminal JUDGMENT of conviction and sentence on file at the office of the Clerk of the Superior Court of California, Santa Barbara County, Figueroa Division, Department 12, located at 118 East Figueroa Street, Santa Barbara, California, in the case entitled *People of the State of California v. Bradley Christopher Stark*, No. 1260587-A (Santa Barbara Cnty., Cal. August 27, 2008), is SET ASIDE and is of no further force and effect; and it is

FURTHER ORDERED that the superseding complaint on file at the office of the Clerk of the Superior Court of California, Santa Barbara County, Figueroa Division, Department 12, located at 118 East Figueroa Street, Santa Barbara, California, in the case entitled *People of the State of California v. Bradley Christopher Stark*, No. 1260587-A (Santa Barbara Cnty., Cal. 2008) is DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that the criminal JUDGMENTS of conviction and sentences in the cases entitled *State of North Carolina v. Jason Carl Thomas*, No.'s 96CRS042284 (felony); 96CRS071170 (felony); 01CR10548 (misdemeanor); and 02CR004497 (misdemeanor), are SET ASIDE and are of no further force and effect; and it is

FURTHER ORDERED that the complaints filed in the cases entitled *State of North Carolina v. Jason Carl Thomas*, No.'s 96CRS042284 (felony); 96CRS071170 (felony); 01CR10548 (misdemeanor); and 02CR004497 (misdemeanor), are DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that the criminal JUDGMENT of conviction and sentence in the case entitled *State of New York v. Jason Carl Thomas, a.k.a. "Quincy Allen,"* No. 55245C-2004 is SET ASIDE and of no further force and effect; and it is

FURTHER ORDERED that the complaint filed in the case entitled *State of New York v. Jason Carl Thomas, a.k.a. "Quincy Allen,"* No. 55245C-2004 is DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that the United States of America return to Bradley Christopher Stark one HP Pavilion Computer S/N CNF72447BM and one Apple MacBook Computer S/N G87072DEUPZ containing all data and files untampered with, free from any unreasonable alterations, and in good working and functional order, immediately and without further delay; and it is

FURTHER ORDERED that the United States of America return to Shawn Michael Rideout on E-Machine CPU S/N CA149P0024380; one Dell Latitude Laptop S/N ZPNSW; on SanDisk 128MB memory card S/N 0353500; one Generic Thumb Drive (grey in color); seven VHS Cassette Tapes with Titles in French and Dutch; one 2 Wire Modem S/N 240714006350; one Lexar 64MB memory card; one Toshiba 80GB Hard Drive S/N 65BP3655T; one spindle of CD-ROMs; and one CD-ROM, blue in color in a jewel case, all devices are to contain all data and files untampered with, free from any unreasonable alterations, and in good working and functional order, immediately and without further delay; and it is

INTERIM AWARD                                                                                                                        Page 6

FURTHER ORDERED that Bryan Samuel Coffman recover from the United States of America the sum of THIRTEEN MILLION NINE HUNDRED EIGHTY SEVEN THOUSAND DOLLARS ($13,987,000.00) due and payable immediately as the fair market value for the depository value contained in thirteen financial accounts; eight pieces of real property located in and around Lexington, Kentucky; and two automobiles having been found to be unlawfully seized and disposed of by the United States; and it is

FURTHER ORDERED that the United States of America is directed to prepare and submit a letter to the Kentucky State Bar Association confirming that Bryan Samuel Coffman's judgment of conviction and sentence has been set aside and is of no further force and effect, that the indictment has been dismissed with prejudice as being void *ab initio*, that Coffman has been issued a Certificate of Actual Innocence; and to recommend Bryan Samuel Coffman be immediately reinstated in good standing; and it is

FURTHER ORDERED that John Scot Snuggs recover from the United States of America the sum of ELEVEN THOUSAND THREE HUNDRED TWENTY ONE DOLLARS ($11,321.00) due and payable immediately as fair compensation for the fair market value of U.S. Currency and one automobile having been found to have been unlawfully seized and disposed of by the United States; and it is

FURTHER ORDERED that the United States of America immediately and without any further delay, EXPUNGE and cause to be expunged ALL RECORDS; designations; classifications; library catalogs; postings; publications; and investigation files; including, but in no way limited to, all manual; automated; paper files and electronic records; systems of records; their parts and subparts; compartments and subcompartments; components and subcomponents; whether physically stored, electronically databased, or however maintained; in addition to the following systems and system of records: FinCEN; OFAC; FBI CJIS; FIRS; III System; NCIC; NFF; NII; CODIS; IDENT; DHS/ALL; DHS/OPS; DHS/FEMA; DHS/OIG; DHS/CBP; DHS/ICE; U.S. ICE- TTAR; DHS/USCIS; DHS/USCG; DHS/Secret Service; IIRS; DHS/NPPD/US-VISIT; I & A ERS; ISE; ICEPIC; LEIDB/Pathfinder; and all automated biometric identification system electronic and paper records, that specifically relate to Bradley Christopher Stark; Shawn Michael Rideout; Jason Carl Thomas; Balldev Naidu Ragavan; Hendrick Ezell Tunstall; Meagan Eleanor Kemp (nee Russell); Katrina Glenn Hawkins; Charles Elliot Hill, II; William Scott Hames; John Scot Snuggs; Bryan Samuel Coffman; Joseph Anthony DiBruno, Jr.; Charles David Johnson, Jr.; Viola Cheney; Lulummba Clay Travis; Mike Tsalickis; Jerry Garwood Mitchell; Shane Reed Wilson; William Michael Cain; and Jason Wesley Tate, including, but in no way limited to, any numerical and alphanumerical assignments, acronyms and aliases associated therewith and thereto; and it is

FURTHER ORDERED that the United States of America cause the felony judgment of conviction entered against Carlo Laurore by the State of North Carolina to be SET ASIDE in its entirety and of no further force and effect; and it is

FURTHER ORDERED that the United States Attorney General grant express permission for Carlo Laurore to legally re-enter the United States of America and to naturalize Carlo Laurare as a Citizen of the United States of America; and it is

FURTHER ORDERED that the criminal JUDGMENT of conviction and sentence entered by the United States District Court for the Northern District of Illinois in the case of *United States of America v. Gregory Sweezer*, No. 1:06-cr-00169-JBZ-2, is SET ASIDE in its entirety and of no further force and effect; and it is

FURTHER ORDERED that the indictment establishing the criminal cause of action in the United States District Court for the Northern District of Illinois entitled as *United States of America v. Gregory Sweezer*, No. 1:06-cr-00169-JBZ-2 is DISMISSED WITH PREJUDICE being VOID *ab initio* for lack of subject matter jurisdiction; and it is

FURTHER ORDERED that the criminal JUDGMENT of conviction and sentence entered by the United States District Court for the Northern District of Georgia in the case of *United States of America v. Curtis Colwell*, No. 1:00-cr-00260-WBH-JMF-1 is SET ASIDE in its entirety and of no further force and effect; and it is

FURTHER ORDERED that the indictment establishing the criminal cause of action in the United States District Court for the Northern District of Georgia entitled as *United States of America v. Curtis Colwell*, No. 1:00-cr-00260-WBH-JMF-1 is DISMISSED WITH PREJUDICE being VOID *ab initio* for lack of subject matter jurisdiction; and it is

FURTHER ORDERED that the criminal JUDGMENT of conviction and sentence entered by the United States District Court for the Northern District of Georgia in the case of *United States of America v. Douglas L. Colwell*, No. 1:00-cr-00260-WBH-JMF-2 is SET ASIDE in its entirety and of no further force and effect; and it is

FURTHER ORDERED that the indictment establishing the criminal cause of action in the United States District Court for the Northern District of Georgia entitled as *United States of America v. Douglas L. Colwell*, No. 1:00-cr-00260-WBH-JMF-2 is DISMISSED WITH PREJUDICE being VOID *ab initio* for lack of subject matter jurisdiction; and it is

FURTHER ORDERED that the United States of America extend diplomatic privileges and immunities analagous to those defined in the *Vienna Convention on Diplomatic Relations*, April 18, 1961, entered into force with respect to the United States, December 13, 1972, and in the *Convention on Privileges and Immunities of United Nations*, February 3, 1946, entered into force with respect to the United States, April 29, 1970, affording ABSOLUTE IMMUNITY and registration on the *"Blue List"* with the United States Secretary of State with respect to Bradley Christopher Stark; Shawn Michael Rideout; Jason Carl Thomas; Balldev Naidu Ragavan; Hendrick Ezell Tunstall; Meagan Eleanor Kemp (nee Russell); Katrina Glenn Hawkins; Charles Elliot Hill, II; William Scott Hames; John Scot Snuggs; Bryan Samuel Coffman; Joseph Anthony DiBruno, Jr.; Charles David Johnson, Jr; Viola Cheney; Lulummba Clay Travis; Mike Tsalickis; along with their spouses, parents, siblings, and children with the exception of Joey Brandon Kemp; William Johnson; Andrew Johnson; Alex Johnson; Thomas Donald Snuggs; and Cynthia Louise Blackburn, nee Snuggs; and it is

FURTHER ORDERED that the United States of America is PERMANENTLY ENJOINED from the date of this Interim Award forward in perpetuity from instituting any and all federal criminal prosecutions of Jerry Garwood Mitchell; Shane Reed Wilson; William Michael Cain; and Jason Wesley Tate; and it is

FURTHER ORDERED that the AGREED PERMANENT INJUNCTION entered in the United States District Court for the Northern District of Texas between the United States Securities and Exchange Commission and Bradley Christopher Stark in the action entitled *Securities and Exchange Commission v. Bradley C Stark*, No. 3:05-cv-01328-L is SET ASIDE in its entirety and of no further force and effect; and it is

FURTHER ORDERED that the Complaint entered on July 1, 2005, in the United States District Court for the Northern District of Texas in the case entitled *United States of America v. Bradley C Stark*, No. 3:05-cv-01328-L is DISMISSED WITH PREJUDICE in the interests of justice; and it is

FURTHER ORDERED that the AGREED PERMANENT INJUNCTION entered in the United States District Court for the Northern District of Texas between the United States Securities and Exchange Commission and Sardaukar Holdings, IBC, in the action entitled *Securities and Exchange Commission v. Sardaukar Holdings, IBC*, No. 3:05-cv-01328-L is SET ASIDE in its entirety and of no further force and effect; and it is

FURTHER ORDERED that the Complaint entered on July 1, 2005, in the United States District Court for the Northern District of Texas in the case entitled *United States of America v. Sardaukar Holdings, IBC*, No. 3:05-cv-01328-L is DISMISSED WITH PREJUDICE in the interests of justice; and it is

FURTHER ORDERED that the United States of America PERMANENTLY EXEMPT from all Federal, State, and Local taxation Bradley Christopher Stark; Shawn Michael Rideout; Jason Carl Thomas; Balldev Naidu Ragavan; Hendrick Ezell Tunstall; Meagan Eleanor Kemp (nee Russell); Katrina Glenn Hawkins; Charles Elliot Hill, II; William Scott Hames; John Scot Snuggs; Bryan Samuel Coffman; Joseph Anthony DiBruno, Jr.; Charles David Johnson; Jr.; Viola Cheney; Lulummba Clay Travis; Mike Tsalickis; Jerry Garwood Mitchell; Shane Reed Wilson; William Michael Cain; Jason Wesley Tate; their parents; siblings; children; and spouses, with the sole exception that Joey Brandon Kemp shall not receive any tax exemption benefits from this Interim Award; and it is

FURTHER ORDERED that the United States of America issue a LAND PATENT to be held as fee simple in possession, titled to the relevant individual(s), or otherwise, in the name of Charles Elliot Hill, II, for FIFTEEN HUNDRED ACRES of land of the Chatahoochee National Forest that Charles Elliot Hill, II selects as compensation for the loss of property caused by the direct actions of the United States; and it is

FURTHER ORDERED that the United States of America issue any necessary LAND PATENTS with title to be held in fee simple absolute in possession for any land, estates, real property, or the like in the name or names of the acquiring individual or individuals, either singly

INTERIM AWARD                                                                                                   Page 9

or in any agreed combination thereof between said individuals, upon purchase and transfer of title as to the respective named individuals as follows: Bradley Christopher Stark; Shawn Michael Rideout; Jason Carl Thomas; Charles Elliot Hill, II; William Scott Hames; John Scot Snuggs; Bryan Samuel Coffman; Joseph Anthony DiBruno, Jr.; Charles David Johnson, Jr.; and/or Lulummba Clay Travis; and it is

FURTHER ORDERED that the United States of America immediately and without delay issue a Certificate of Actual Innocence to Bradley Christopher Stark; Shawn Michael Rideout; Jason Carl Thomas; Balldev Naidu Ragavan; Hendrick Ezell Tunstall; Charles Elliot Hill, II; William Scott Hames; John Scot Snuggs; Bryan Samuel Coffman; Joseph Anthony DiBruno, Jr.; Charles David Johnson, Jr.; Lulummba Clay Travis; Michael Tsalickis; Jerry Garwood Mitchell; Shane Reed Wilson; William Michael Cain; and Jason Wesley Tate, as to the criminal cases listed in this Interim Award at (a) through (x); and it is

FURTHER ORDERED that having failed to present any counterclaims or evidence on any counterclaims in Phase 1 of these arbitration proceedings, to the extent the United States of America seeks to raise any counterclaims those counterclaims are DENIED; and it is

FURTHER ORDERED that these arbitration proceedings and all matters related hereto are RESTRICTED and designated as HIGHLY CONFIDENTIAL; and it is

FURTHER ORDERED that Phase 1 of these arbitration proceedings shall be deemed completed upon the voluntary compliance with, or judicial enforcement of this Interim Award pursuant to Rules 60(b)(4), (d)(1) & (3); 64(a) & (b); 70(a) or any other appropriate rule of the Federal Rules of Civil Procedure.

## SO AWARDED

This Interim Award is in full settlement of the equitable claims and counterclaims submitted to this arbitration.

I hereby certify that, for the purposes of Section 9 of Title 9 of the United States Code; Sections 16-4408(b)(1); 16-4418; and 16-4421(c) of the D.C. Code, this INTERIM AWARD was made in Blairsville, Georgia, United States of America.

2-5-16
Date

Kenya L. Patton, Arbitrator

State of Georgia  )
                  )ss.
County of Union   )

I, Kenya L. Patton, do hereby affirm upon my oath as Arbitrator that I am the individual described and who executed this instrument which is my INTERIM AWARD.

__2-5-16__
Date

_____
Kenya L. Patton, Arbitrator

BEFORE ME, __Carol Mason__, a Notary Public in and for the State of Georgia, came Kenya L. Patton, the duly appointed Arbitrator in these proceedings, and having provided adequate proof of her identity and status of appointment as Arbitrator, did subscribe and attest to the validity and authenticity of the contents in the foregoing INTERIM AWARD on this 5th day of __February__, 2016.

WITNESS MY HAND AND SEAL:

__Carol L. Mason__
Notary Public
My commission expires: __7/02/2018__

[Notary Seal: CAROL L. MASON, NOTARY, EXPIRES GEORGIA 7/2/18, UNION COUNTY, GA, PUBLIC SEAL]

## CONSENT OF THE PARTIES

Consented to by:

UNITED STATES OF AMERICA

BY: _____ for
LORETTA E. LYNCH
UNITED STATES ATTORNEY GENERAL
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

**RESPONDENT**

Consented to by:

BRADLEY CHRISTOPHER STARK

_____
Bradley Christopher Stark
2096 Northshore Drive
Unit F
Chula Vista, California 91913

SHAWN MICHAEL RIDEOUT

_____
Shawn Michael Rideout
2096 Northshore Drive
Unit F
Chula Vista, California 91913

**CLAIMANTS**