EXHIBIT "9"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **In re Sealed Arbitration No. 0:15-CC-00522-A-KP** ) | CIVIL ACTION NO. |
| ) | |
| *Between* ) | |
| ) | |
| BRADLEY CHRISTOPHER STARK; ) | |
| SHAWN MICHAEL RIDEOUT, ) | |
| ) | |
| *Claimants,* ) | |
| ) | |
| *and* ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | **JUDGMENT** |
| ) | |
| *Respondent.* ) | |
| ) | |

## JUDGMENT

IT IS ORDERED, ADJUDGED, AND DECREED that

Bradley Christopher Stark; Shawn Michael Rideout; Jason Carl Thomas; Balldev Naidu Ragavan; Hendrick Ezell Tunstall; Charles Elliott Hill, II; William Scott Hames; John Scot Snuggs; Bryan Samuel Coffman; Joseph Anthony DiBruno, Jr.; Charles David Johnson, Jr.; Lulummba Clay Travis; Jerry Garwood Mitchell; Shane Reed Wilson; William Michael Cain; and Jason Wesley Tate, are to be unconditionally released and set at liberty by the Attorney General of the United States immediately and without delay upon entry of this JUDGMENT; and it is

1

FURTHER ORDERED that in the interests of justice, the following cases, dockets, pleadings, papers, in their entirety and the matters related thereto, will be and are transferred to the United States District Court for the Northern District of Georgia, Atlanta Division, from:

The United States District Court for the Northern District of Texas:

a. *United States of America v. Bradley C Stark*, No. 3:08-cr-00258-M-1;

b. *United States of America v. Hendrick Ezell Tunstall*, No. 4:00-cr-00260-Y-38;

c. *United States of America v. Jerry Garwood Mitchell*, No. 3:11-cr-00250-M-16;

d. *United States of America v. Shane Reed Wilson*, No. 3:11-cr-0243-B-1;

The United States District Court for the Western District of Texas:

e. *United States of America v. Jason Wesley Tate*, No. 6:10-cr-00274-WSS-1;

f. *United States of America v. Jason Wesley Tate*, No. 6:01-cr-00064-WSS-1;

The United States District Court for the Northern District of Ohio:

g. *United States of America v. Shawn Michael Rideout*, No. 1:08-cr-00332-DAP-1;

The United States District Court for the Eastern District of New York:

h. *United States of America v. Bradley C Stark*, No. 1:02-cr-01006-ARR-1;

The United States District Court for the Eastern District of Kentucky:

i. *United States of America v. Lulummba Clay Travis*, No. 5:97-cr-00112-JMH-EBA-1;

j. *United States of America v. Bryan Coffman*, No. 5:09-cr-00181-S-KKC-1;

k. *United States of America v. Charles David Johnson, Jr.*, No. 5:06-cr-00184-JBC-1;

The United States District Court for the Eastern District of North Carolina:

l.  *United States of America v. Jason Carl Thomas,* No. 5:03-cr-00019-BO-1;

The United States District Court for the Western District of North Carolina:

m.  *United States of America v. Joseph Anthony DiBruno, Jr.,* 3:06-cr-00430-FDW-1;

The United States District Court for the District of Maryland:

n.  *United States of America v. Balraj Naidu,* No. 1:08-cr-00091-CCB-2;

The United States District Court for the Western District of Oklahoma:

o.  *United States of America v. William Michael Cain,* No. 1:05-cr-00009-M-1;

The United States District Court for the Middle District of Pennsylvania:

p.  *United States of America v. John Snuggs,* No. 3:08-cr-00162-RPC-1;

q.  *United States of America v. John Snuggs,* No. 3:08-cr-00259-RPC-1;

r.  *United States of America v. John Snuggs,* No. 3:08-cr-00306-RPC-1;

s.  *United States of America v. John Snuggs,* No. 3:08-cr-00409-RPC-1;

t.  *United States of America v. John Snuggs,* No. 3:08-cr-00410-RPC-1;

The United States District Court for the Middle District of Florida:

u.  *United States of America v. Michael Tsalickis,* No. 4:88-cr-00158-T-13-B; and it is

FURTHER ORDERED that the Clerks of the above-named court's will transmit the complete files in the above-named cases to the United States District Court for the Northern District of Georgia; and it is

FURTHER ORDERED that the criminal cases and dockets listed in (a) through (u) above, in the originating and destination courts are to be SEALED and UNPUBLISHED immediately in the interests of justice; and it is

FURTHER ORDERED that the criminal cases on the docket of the United States District Court for the Northern District of Georgia listed below are to be SEALED and UNPUBLISHED in the interest of justice:

    v.    *United States of America v. Charles Elliott Hill, II*, No. 2:13-cr-00051-WCO-JCF-1;

    w.    *United States of America v. William Scott Hames*, No. 2:90-cr-00001-WCO-5;

    x.    *United States of America v. William Scott Hames,* No. 2:89-cr-00203-WCO-1;

and it is

FURTHER ORDERED that in the interests of justice, the names of the parties shall be given fictitious names for the protection of all parties to these proceedings and all matters related hereto, in all public records and government records, system of records and files, in whatever manner and however described, and said names shall be designated as provided below:

    i.    from *Bradley Christopher Stark* to *John Doe*;

    ii.    from *Shawn Michael Rideout* to *James Doe*;

    iii.    from *Jason Carl Thomas* to *Peter Doe*;

    iv.    from *Balldev Naidu Ragavan* to *Paul Doe*;

    v.    from *Hendrick Ezell Tunstall* to *Mark Doe*;

    vi.    from *Charles Elliott Hill, II* to *Matt Doe*;

    vii.    from *William Scott Hames* to *John Roe*;

    viii.    from *John Scot Snuggs* to *James Roe*;

    ix.    from *Bryan Samuel Coffman* to *Peter Roe*;

    x.    from *Joseph Anthony DiBruno, Jr.* to *Paul Roe*;

    xi.    from *Charles David Johnson, Jr.* to *Mark Roe*;

xii.  from *Lulummba Clay Travis* to *John Poe*;

xiii. from *Jerry Garwood Mitchell* to *James Poe*;

xiv.  from *Shane Reed Wilson* to *Peter Poe*;

xv.   from *William Michael Cain* to *Paul Poe*;

xvi.  from *Jason Wesley Tate* to *Mark Poe*;

xvii. from *Michael Tsalickis* to *Matt Poe*; and it is

FURTHER ORDERED that the criminal JUDGMENTS of conviction and sentences entered by the Courts in the cases listed in (a) through (x) above are SET ASIDE in their entirety and are of no further force and effect; and it is

FURTHER ORDERED that the indictments and informations establishing the criminal causes of action listed in (a) through (x) above are DISMISSED WITH PREJUDICE being VOID *ab initio* for lack of jurisdiction; and it is

FURTHER ORDERED that the criminal JUDGMENT of conviction and sentence on file at the office of the Clerk of the District Court, Division 9, El Paso County, Colorado, located at 270 South Tejon, Colorado Springs, Colorado, in the case entitled *The People of the State of Colorado v. Bradley Christopher Stark*, No. 2002CR003589 (El Paso Cnty., Col. April 11, 2002), is SET ASIDE and is of no further force and effect; and it is

FURTHER ORDERED that the complaint on file at the office of the Clerk of the District Court, Division 9, El Paso County, Colorado, located at 270 South Tejon, Colorado Springs, Colorado, in the case entitled *The People of the State of Colorado v. Bradley Christopher Stark*, No. 2002CR003589 (El Paso Cnty., Col. 2002), is DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that the criminal JUDGMENT of conviction and sentence on file at the office of the Clerk of the Superior Court of California, Santa Barbara County, Figueroa

5

Division, Department 12, located at 118 East Figueroa Street, Santa Barbara, California, in the case entitled *People of the State of California v. Bradley Christopher Stark*, No. 1260587-A (Santa Barbara Cnty., Cal. August 27, 2008), is SET ASIDE and is of no further force and effect; and it is

FURTHER ORDERED that the superseding complaint on file at the office of the Clerk of the Superior Court of California, Santa Barbara County, Figueroa Division, Department 12, located at 118 East Figueroa Street, Santa Barbara, California, in the case entitled *People of the State of California v. Bradley Christopher Stark*, No. 1260587-A (Santa Barbara Cnty., Cal. 2008) is DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that the criminal JUDGMENTS of conviction and sentences in the cases entitled *State of North Carolina v. Jason Carl Thomas*, No.'s 96CRS042284 (felony); 96CRS071170 (felony); 01CR10548 (misdemeanor); and 02CR004497 (misdemeanor), are SET ASIDE and are of no further force and effect; and it is

FURTHER ORDERED that the complaints filed in the cases entitled *State of North Carolina v. Jason Carl Thomas*, No.'s 96CRS042284 (felony); 96CRS071170 (felony); 01CR10548 (misdemeanor); and 02CR004497 (misdemeanor), are DISMISSED WITH PREJUDICE; and it is

FURTHER ORDERED that the criminal JUDGMENT of conviction and sentence in the case entitled *State of New York v. Jason Carl Thomas, a.k.a. "Quincy Allen,"* No. 55245C-2004 is SET ASIDE and of no further force and effect; and it is

FURTHER ORDERED that the complaint filed in the case entitled *State of New York v. Jason Carl Thomas, a.k.a. "Quincy Allen,"* No. 55245C-2004 is DISIMISSED WITH PREJUDICE; and it is

6

FURTHER ORDERED that the United States of America return to Bradley Christopher Stark one HP Pavilion Computer S/N CNF72447BM and one Apple MacBook Computer S/N G87072DEUPZ containing all data and files untampered with, free from any unreasonable alterations, and in good working and functional order, immediately and without further delay; and it is

FURTHER ORDERED that the United States of America return to Shawn Michael Rideout on E-Machine CPU S/N CA149P0024380; one Dell Latitude Laptop S/N ZPNSW; on SanDisk 128MB memory card S/N 0353500; one Generic Thumb Drive (grey in color); seven VHS Cassette Tapes with Titles in French and Dutch; one 2 Wire Modem S/N 240714006350; one Lexar 64MB memory card; one Toshiba 80GB Hard Drive S/N 65BP3655T; one spindle of CD-ROMs; and one CD-ROM, blue in color in a jewel case, all devices are to contain all data and files untampered with, free from any unreasonable alterations, and in good working and functional order, immediately and without further delay; and it is

FURTHER ORDERED that Bryan Samuel Coffman recover from the United States of America the sum of THIRTEEN MILLION NINE HUNDRED EIGHTY SEVEN THOUSAND DOLLARS ($13,987,000.00) due and payable immediately as the fair market value for the depository value contained in thirteen financial accounts; eight pieces of real property located in and around Lexington, Kentucky; and two automobiles having been found to be unlawfully seized and disposed of by the United States; and it is

FURTHER ORDERED that the United States of America is directed to prepare and submit a letter to the Kentucky State Bar Association confirming that Bryan Samuel Coffman's judgment of conviction and sentence has been set aside and is of no further force and effect, that the indictment has been dismissed with prejudice as being void *ab initio*, that Coffman has been

7

issued a Certificate of Actual Innocence, and to recommend Bryan Samuel Coffman be immediately reinstated in good standing; and it is

FURTHER ORDERED that John Scot Snuggs recover from the United States of America the sum of ELEVEN THOUSAND THREE HUNDRED TWENTY ONE DOLLARS ($11,321.00) due and payable immediately as fair compensation for the fair market value of U.S. Currency and one automobile having been found to have been unlawfully seized and disposed of by the United States; and it is

FURTHER ORDERED that the United States of America immediately and without any further delay, EXPUNGE and cause to be expunged ALL RECORDS; designations; classifications; library catalogs; postings; publications; and investigation files; including, but in no way limited to, all manual; automated; paper files and electronic records; systems of records; their parts and subparts; compartments and subcompartments; components and subcomponents; whether physically stored, electronically databased, or however maintained; in addition to the following systems and system of records:  FinCEN; OFAC; FBI CJIS; FIRS; III System; NCIC; NFF; NII; CODIS; IDENT; DHS/ALL; DHS/OPS; DHS/FEMA; DHS/OIG; DHS/CBP; DHS/ICE; U.S. ICE- TTAR; DHS/USCIS; DHS/USCG; DHS/Secret Service; IIRS; DHS/NPPD/US-VISIT; I & A ERS; ISE; ICEPIC; LEIDB/Pathfinder; and all automated biometric identification system electronic and paper records, that specifically relate to Bradley Christopher Stark; Shawn Michael Rideout; Jason Carl Thomas; Balldev Naidu Ragavan; Hendrick Ezell Tunstall; Meagan Eleanor Kemp  (nee Russell); Katrina Glenn Hawkins; Charles Elliott Hill, II; William Scott Hames; John Scot Snuggs; Bryan Samuel Coffman; Joseph Anthony DiBruno, Jr.; Charles David Johnson, Jr.; Viola Cheney; Lulummba Clay Travis; Mike Tsalickis; Jerry Garwood Mitchell; Shane Reed Wilson; William Michael Cain; and Jason

8

Wesley Tate, including, but in no way limited to, any numerical and alphanumerical assignments, acronyms and aliases associated therewith and thereto; and it is

FURTHER ORDERED that the United States of America cause the felony judgment of conviction entered against Carlo Laurore by the State of North Carolina to be SET ASIDE in its entirety and of no further force and effect; and it is

FURTHER ORDERED that the United States Attorney General grant express permission for Carlo Laurore to legally re-enter the United States of America and to naturalize Carlo Laurare as a Citizen of the United States of America; and it is

FURTHER ORDERED that the criminal JUDGMENT of conviction and sentence entered by the United States District Court for the Northern District of Illinois in the case of *United States of America v. Gregory Sweezer*, No. 1:06-cr-00169-JBZ-2, is SET ASIDE in its entirety and of no further force and effect; and it is

FURTHER ORDERED that the indictment establishing the criminal cause of action in the United States District Court for the Northern District of Illinois entitled as *United States of America v. Gregory Sweezer*, No. 1:06-cr-00169-JBZ-2 is DISMISSED WITH PREJUDICE being VOID *ab initio* for lack of jurisdiction; and it is

FURTHER ORDERED that the criminal JUDGMENT of conviction and sentence entered by the United States District Court for the Northern District of Georgia in the case of *United States of America v. Curtis Colwell*, No. 1:00-cr-00260-WBH-JMF-1 is SET ASIDE in its entirety and of no further force and effect; and it is

FURTHER ORDERED that the indictment establishing the criminal cause of action in the United States District Court for the Northern District of Georgia entitled as *United States of*

*America v. Curtis Colwell,* No. 1:00-cr-00260-WBH-JMF-1 is DISMISSED WITH PREJUDICE being VOID *ab initio* for lack of jurisdiction; and it is

FURTHER ORDERED that the criminal JUDGMENT of conviction and sentence entered by the United States District Court for the Northern District of Georgia in the case of *United States of America v. Douglas L. Colwell,* No. 1:00-cr-00260-WBH-JMF-2 is SET ASIDE in its entirety and of no further force and effect; and it is

FURTHER ORDERED that the indictment establishing the criminal cause of action in the United States District Court for the Northern District of Georgia entitled as *United States of America v. Douglas L. Colwell,* No. 1:00-cr-00260-WBH-JMF-2 is DISMISSED WITH PREJUDICE being VOID *ab initio* for lack of jurisdiction; and it is

FURTHER ORDERED that the United States of America extend diplomatic privileges and immunities analagous to those defined in the *Vienna Convention on Diplomatic Relations*, April 18, 1961, entered into force with respect to the United States, December 13, 1972, and in the *Convention on Privileges and Immunities of United Nations*, February 3, 1946, entered into force with respect to the United States, April 29, 1970, affording ABSOLUTE IMMUNITY and registration on the *"Blue List"* with the United States Secretary of State with respect to Bradley Christopher Stark; Shawn Michael Rideout; Jason Carl Thomas; Balldev Naidu Ragavan; Hendrick Ezell Tunstall; Meagan Eleanor Kemp (nee Russell); Katrina Glenn Hawkins; Charles Elliott Hill, II; William Scott Hames; John Scot Snuggs; Bryan Samuel Coffman; Joseph Anthony DiBruno, Jr.; Charles David Johnson, Jr; Viola Cheney; Lulummba Clay Travis; Mike Tsalickis; along with their spouses, parents, siblings, and children with the exception of Joey Brandon Kemp; William Johnson; Andrew Johnson; Alex Johnson; Thomas Donald Snuggs; and Cynthia Louise Blackburn, nee Snuggs; and it is

FURTHER ORDERED that the United States of America is PERMANENTLY ENJOINED from the date of this JUDGMENT forward in perpetuity from instituting any and all federal criminal prosecutions of Jerry Garwood Mitchell; Shane Reed Wilson; William Michael Cain; and Jason Wesley Tate; and it is

FURTHER ORDERED that the AGREED PERMANENT INJUNCTION entered in the United States District Court for the Northern District of Texas between the United States Securities and Exchange Commission and Bradley Christopher Stark in the action entitled *Securities and Exchange Commission v. Bradley C Stark*, No. 3:05-cv-01328-L is SET ASIDE in its entirety and of no further force and effect; and it is

FURTHER ORDERED that the Complaint entered on July 1, 2005, in the United States District Court for the Northern District of Texas in the case entitled *Securities and Exchange Commission v. Bradley C Stark*, No. 3:05-cv-01328-L is DISMISSED WITH PREJUDICE in the interests of justice; and it is

FURTHER ORDERED that the AGREED PERMANENT INJUNCTION entered in the United States District Court for the Northern District of Texas between the United States Securities and Exchange Commission and Sardaukar Holdings, IBC, in the action entitled *Securities and Exchange Commission v. Sardaukar Holdings, IBC*, No. 3:05-cv-01328-L is SET ASIDE in its entirety and of no further force and effect; and it is

FURTHER ORDERED that the Complaint entered on July 1, 2005, in the United States District Court for the Northern District of Texas in the case entitled *Securities and Exchange Commission v. Sardaukar Holdings, IBC*, No. 3:05-cv-01328-L is DISMISSED WITH PREJUDICE in the interests of justice; and it is

FURTHER ORDERED that the United States of America PERMANENTLY EXEMPT from all Federal, State, and Local taxation Bradley Christopher Stark; Shawn Michael Rideout; Jason Carl Thomas; Balldev Naidu Ragavan; Hendrick Ezell Tunstall; Meagan Eleanor Kemp (nee Russell); Katrina Glenn Hawkins; Charles Elliott Hill, II; William Scott Hames; John Scot Snuggs; Bryan Samuel Coffman; Joseph Anthony DiBruno, Jr.; Charles David Johnson; Jr.; Viola Cheney; Lulummba Clay Travis; Mike Tsalickis; Jerry Garwood Mitchell; Shane Reed Wilson; William Michael Cain; Jason Wesley Tate; their parents; siblings; children; and spouses, with the sole exception that Joey Brandon Kemp shall not receive any tax exemption benefits from this Interim Award; and it is

FURTHER ORDERED that the United States of America issue a LAND PATENT to be held in fee simple absolute in possession, titled to the relevant individual(s), or otherwise, in the name of Charles Elliott Hill, II, for FIFTEEN HUNDRED ACRES of land of the Chatahoochee National Forest that Charles Elliott Hill, II selects as compensation for the loss of property caused by the direct actions of the United States; and it is

FURTHER ORDERED that the United States of America issue any necessary LAND PATENTS with title to be held in fee simple absolute in possession for any land, estates, real property, or the like in the name of the acquiring individual or individuals, either singly or in any agreed combination thereof between said individuals, upon purchase or transfer of title as to the respective named individuals as follows: Bradley Christopher Stark; Shawn Michael Rideout; Jason Carl Thomas; Charles Elliott Hill, II; William Scott Hames; John Scot Snuggs; Bryan Samuel Coffman; Joseph Anthony DiBruno, Jr.; Charles David Johnson, Jr.; and/or Lulummba Clay Travis; and it is

FURTHER ORDERED that the United States of America immediately and without delay issue a Certificate of Actual Innocence to Bradley Christopher Stark; Shawn Michael Rideout; Jason Carl Thomas; Balldev Naidu Ragavan; Hendrick Ezell Tunstall; Charles Elliott Hill, II; William Scott Hames; John Scot Snuggs; Bryan Samuel Coffman; Joseph Anthony DiBruno, Jr.; Charles David Johnson, Jr.; Lulummba Clay Travis; Michael Tsalickis; Jerry Garwood Mitchell; Shane Reed Wilson; William Michael Cain; and Jason Wesley Tate, as to the criminal cases listed in this JUDGMENT at (a) through (x); and it is

FURTHER ORDERED that the United States of America shall transfer to Megan A. Coffman by way of general warranty deed the one-half undivided interest held in the designated real property from Bryan Samuel Coffman as forfeited by Order of the United States District Court for the Eastern District of Kentucky in the matter of *United States of America v. Bryan Samuel Coffman,* No. 5:09-cr-00181-S-KKC-1, with respect to the following properties located in and around Lexington, Kentucky:  a. 2556 Ash Brook Drive;  b. 3200 Mammoth Drive; c. 3152 Highridge Drive; d. 4752 Firebrook Boulevard; e. 3805 Arrowhead Drive;  f. 873 Forest Green Drive; g. 4200 Steamboat Drive; h. 4816 Chaffey Lane; and it is

FURTHER ORDERED that the United States of America; its officers; agents; attorneys; employees; contractors; and the like acting in concert with them shall, to the fullest extent possible, afford the utmost respect; courtesy; and dignity to Bradley Christopher Stark; Shawn Michael Rideout; Jason Carl Thomas; Balldev Naidu Ragavan; Hendrick Ezell Tunstall; Katrina Glenn Hawkins; Meagan Eleanor Kemp (nee Russell); Charles Elliott Hill, II; William Scott Hames; John Scot Snuggs; Bryan Samuel Coffman; Charles David Johnson, Jr.; Joseph Anthony DiBruno; Jr.; Lulummba Clay Travis; Viola Cheney; Michael Tsalickis; Jerry Garwood Mitchell; Shane Reed Wilson; William Michael Cain; Jason Wesley Tate; and their families, and protect

them from any and all direct and indirect reasonably foreseeable physical harm; psychological and mental anguish; fright and shock; embarrassment; humiliation; or mortification, at all times; and it is

FURTHER ORDERED that the United States of America shall grant a three (3) year limited federal income tax treaty to begin during the taxable year ending December 31, 2016, to the following corporations: i. JPMorgan Chase Bank; ii. Morgan Stanley; iii. Deutsche Bank; iv. Royal Bank of Scotland;  v. Union Bank of Switzerland ("UBS"); vi. HSBC; vii. Credit Suisse; viii. Citigroup/Citibank; ix. Bank of America; x. Barclays PLC; xi. BNP Paribas; xii. Goldman Sachs; xiii. Wells Fargo; xiv. British Petroleum; xv. Transocean; xvi. GlaxoSmithKline; xvii. Volkswagen; and it is

FURTHER ORDERED that Bradley Christopher Stark; Shawn Michael Rideout; and Bryan Samuel Coffman co-equally recover a total amount of no more than ten percentum (10%) from organizations listed in (i) through (xvii) above of the tax liability from the three (3) year limited tax treaty, per taxable year; and it is

FURTHER ORDERED that the United States of America cause the felony; misdemeanor; and administrative judgments of conviction entered against Meagan Eleanor Kemp (nee Russell) by the State of Texas, in Tarrant County and Parker County, to be SET ASIDE in their entirety and of no further force and effect; and it is

FURTHER ORDERED that the United States of America cause the felony judgment of conviction entered against Meagan Eleanor Kemp (nee Russell) by the State of Georgia, Carroll County, to be SET ASIDE in its entirety and of no further force and effect; and it is

FURTHER ORDERED that the United States of America shall immediately pay to each individual listed below the amount of ONE MILLION DOLLARS ($1,000,000) per person as

fair and adequate consideration to maintain the confidentiality of these matters in conformance with the Agreement and the Addendums thereto: 1. Bradley Christopher Stark; 1.1. Barbara Jean Stark; 1.2. John William Stark, Jr.; 1.3. Jeffrey Marc Schonsky; 1.4. Nino Spagnuolo; 1.5. Dominik Maier; 1.6. Niels Hassebruck; 2. Shawn Michael Rideout; 2.1. Kathleen DeWeese; 2.2. Daniel DeWeese; 2.3. Richard Rideout; 2.4. Brian Rideout; 2.5. Nicole Rideout; 3. Jason Carl Thomas; 3.1. Karen Andrea Burke-Haynes; 3.2. Janice Laurore; 3.3. Sharon Burke; 3.4. Peter Burke; 3.5. Kisha Nicole Thomas; 4 . Balldev Naidu Ragavan; 5. Hendrick Ezell Tustall; 6. Katrina Glenn Hawkins; 7. Meagan Eleanor Kemp (nee Russell); 8. Charles Elliott Hill, II; 9. John Scot Snuggs; 9.1. Nichola D. Snuggs; 9.2. Timothy J. Snuggs; 9.3. Melissa M. Snuggs; 9.4. Elizabeth R. Snuggs; 9.5. Robert D. Snuggs; 10. Bryan Samuel Coffman; 10.1. Megan A. Coffman; 10.2. Daniel P. Coffman; 10.3. Corbin A. Coffman; 10.4. Tabitha C. Coffman; 10.5. Erin Jacobs; 11. Charles David Johnson, Jr.; 11.1. Jeremy Johnson; 11.2. Scott Johnson; 11.3. Jonathan Fultz; 11.4. Jessica Reynolds-Toms; 11.5. Herbert Walker; 12. Joseph Anthony DiBruno, Jr.; 12.1. Jordan C. DiBruno; 12.2. Nicholas A. DiBruno; 12.3. Lela L. DiBruno; 12.4. Mary Smiley; 12.5. Cinde Pawlikowski; 13. William Scott Hames; 14. Lulummba Clay Travis; 15. Viola Cheney; 16. Michael Tsalickis; 17. Jerry Garwood Mitchell; 18. Shane Reed Wilson; 19. William Michael Cain; 20. Jason Wesley Tate; 21. Curtis Colwell; 22. Douglas L. Colwell.

Dated:_____

                                      James N. Hatten, Clerk of Court

                                      United States District Court
                                      Northern District of Georgia

                                      By:_____
                                              Deputy Clerk