EXHIBIT

"1"

DECLARATION OF BRADLEY CHRISTOPHER STARK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BRADLEY CHRISTOPHER STARK: et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 2:17-cv-00025-RWS |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DECLARATION OF BRADLEY CHRISTOPHER STARK

BOYD COUNTY    )
               )ss.
KENTUCKY STATE)

I, Bradley Christopher Stark, declare:

1. I am a federal inmate currently housed at the Federal Correctional Institution located in Ashland, Kentucky, in the Special Housing Unit ("SHU") since June 1, 2017. I am a plaintiff in this matter.

2. On August 28, 2017, I was housed in SHU Range 3, Cell 4. On this date R & D Administrator (FNU) Snodgrass came to my cell and delivered a certifed mail manila envelope, no. 7017 0530 0000 9387 5054, addressed to me from W. Scott Hames (from Gainesville, Georgia). I signed the certifed mail logbook. This envelope contained a copy of the Defendant's Motion to Dismiss, Brief in Support, etc. that was filed on July 28, 2017 in this action.

3. I prepared a motion in opposition to the defendant's motion to dismiss; a request for leave to file an out of time motion and to extend the page limitations to an additional five pages; and a reply to the defendant's motion in opposition to the plaintiff's motion for reconsideration, on September 1, 2017. My motion in opposition was 20 pages in length including the certificate of mailing and filing, and my request for leave to file was 3 pages in length. The reply to the defendant's motion in opposition to plaintiff's motion for reconsideration was 7 pages in length. There is no copier access in the SHU and I could not make copies of these pleadings. There is no readily available access to certified mail slips in the SHU. I borrowed a manila envelope from my neighbor, Dennis D. Dunning, (Range 3, Cell 3) and wrote the address of the CLerk of the Court on the envelope, which was 121 Spring Street, S.E., Room 201, Gainesville, GA 30501, and wrote "Court Mail/Legal Mail" on the obverse and reverse of the envelope. I scratched out Dennis D. Dunning's name and register number from the obverse side of the envelope. I placed approximately 10 stamps (first-class) on the envelope and placed my pleadings inside and sealed it. I then placed the envelope into my

1

cell bars for mail pickup on September 1, 2017.

    4.    Mail does not go out on the weekends or federal holidays in prison, and my mail was picked up by Correctional Officer Travis Jones on September 4, 2017, at approximately 10:30 p.m. for delivery to the Clerk of the Court.

    5.    I make this declaration of my own free will.

    6.    This declaration was executed by me at Ashland, Kentucky, on this 4th day of October, 2017.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
BRADLEY CHRISTOPHER STARK
Declarant

2