EXHIBIT

"2"

DECLARATION OF FREDDIE CURRY

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| BRADLEY CHRISTOPHER STARK: et al, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | |
| ) | 2:17-cv-00025-RWS |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

DECLARATION OF FREDDIE CURRY

BOYD COUNTY    )
               )ss.
KENTUCKY STATE)

I, Freddie Curry, declare:

1. I am an inmate at the Federal Correctional Institution located in Ashland, Kentucky, and am currently housed in the Special Housing Unit ("SHU"). I am competent to make this declaration and will testify if called upon to do so as to the facts stated herein. The facts stated herein are personally known to me.

2. On August 28, 2017, I was located in the FCI Ashland SHU on Range 3, Cell 5. Bradley Christopher Stark was housed in the FCI Ashland SHU on Range 3, Cell 4 on this date. R & D Administrator Snodgrass delivered to Stark a manila envelope bearing certified mail receipt no. 7017 0530 0000 9387 5054, and had Inmate Stark sign the certified mail receipt logbook. Inmate Stark showed me the contents of the envelope and I could see that it was a Motion to Dismiss that appeared to be filed by the United States on July 28, 2017. The entire contents of the envelope appeared to be around 50 pages or so.

3. On September 1, 2017, Inmate Stark was taken to the Law Library in the SHU (located on Range 3) and prepared a motion in opposition to the motion to dismiss filed by the United States. Inmate Stark showed me the Motion in Opposition that was 20 pages in length, along with a request for leave to file out of time and extend page limitations by 5 pages that was 3 pages in length, and a reply to the defendant's response to plaintiff's motion for reconsideration that was 7 pages in length. Inmate Stark asked me if I had a manila envelope, and I informed him that I did not. Inmate Stark then asked Dennis D. Dunning, in Cell 3 on Range 3, for a manila envelope, and inmate Dunning affirmed that he did have one and handed to Inmate Stark through the cell bars. Inmate Stark showed me the prepared envelope that appeared to have something scribbled out on the front of it, but had the following information written on the front outgoing address area:

1

Clerk of the Court, United States District Court, Northern District of Georgia, Gainesville Division, 121 Spring Street, S.E., Room 201, Gainesville, GA 30501; and written on the front and back of the envelope was "Court Mail/Legal Mail". There were approximately 10 stamps affixed to the front upper right corner of the envelope. I witnessed Inmate Stark place the motion in opposition, request for leave to file, and reply to the defendant's response (all 30 pages) into the manila envelope, seal it, and place it in the bars of his cell for mail pickup.

4. Due to the holiday weekend and no mail run on the weekends, I observed Correctional Officer Travis Jones pickup Inmate Stark's mail from his cell bars that was addressed to the Clerk of the Court, sometime around 10:30 p.m. on September 4, 2017.

5. I make this declaration of my own free will at the request of Bradley Christopher Stark, to attest to the facts in support of his statement that he did file a motion to dismiss with the United States District Court on September 1, 2017.

6. This declaration was executed by me at Ashland, Kentucky, on this 4th day of _____October_____, 2017.

I declare under the penalty of perjury that the foregoing is true and correct.

_____Freddie Curry / #15498-071_____
FREDDIE CURRY
Declarant

2